NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

KEREEM RANDOLPH,

      Plaintiff,

v.                              Civil Action No. 2:20-cv-00282

SOUTH CENTRAL REGIONAL JAIL, and
OFFICER MR. JOHNSON,

      Defendants.


ORDER


      This action was previously referred to United States Magistrate Judge Dwane L. Tinsley for submission to the court of his Proposed Findings and Recommendation ("PF&R") for disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  On September 15, 2020, the magistrate judge entered his PF&R recommending dismissal of South Central Regional Jail as a defendant, pursuant to the court's screening role under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.  ECF No. 5.  Plaintiff has not filed any objection to the PF&R.  See 28 U.S.C. § 636(b)(1) (party has fourteen days from service of PF&R to file objections); see also Fed. R. Civ. P. 6(d) (providing an additional three days where service is made by mail).

Plaintiff having not filed any objection to the PF&R, it is ORDERED that the findings made in the PF&R of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.  It is further ORDERED that South Central Regional Jail be, and it hereby is, dismissed.

The Clerk is directed to transmit copies of this order to all counsel of record, to any unrepresented parties, and to the United States Magistrate Judge.

ENTER: November 17, 2020

John T. Copenhaver, Jr.
Senior United States District Judge