```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**KEREEM RANDOLPH,**

        Plaintiff,

v.                                            Civil Action No. 2:20-cv-00282

**OFFICER MR. JOHNSON,**

        Defendant.

<u>ORDER</u>

The court having received the Proposed Findings and Recommendation ("PF&R") of United States Magistrate Judge Dwane L. Tinsley, entered on April 6, 2023, ECF No. 10; and the Magistrate Judge having recommended that the court dismiss the Plaintiff's Complaint, ECF No. 1, and this action; and no objection having been filed to the PF&R, it is ORDERED that the PF&R be, and hereby is, adopted by the court and incorporated herein.

It is, therefore, ORDERED that the Plaintiff's Complaint and this action be, and hereby are, dismissed without prejudice.

The Clerk is directed to transmit copies of this order to any unrepresented parties, all counsel of record, and the United States Magistrate Judge.

          ENTER: May 5, 2023

          John T. Copenhaver, Jr.
          Senior United States District Judge